PHILOMENA L'ECUYER *vs.* THOMAS DUQUETTE.

Third Judicial District.

Argued April 13th—decided June 9th, 1905.

ACTION upon the common count for money loaned, brought to and tried by the District Court of Waterbury, *Cowell, J.;* facts found and judgment rendered for the plaintiff, and appeal by the defendant. *No error.*

*Lucien F. Burpee* and *James M. Lynch,* for the appellant (defendant).

*Lawrence L. Lewis,* for the appellee (plaintiff).

Opinion filed with the clerk of the District Court of Waterbury.